J. Steven Sparks
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012
Telephone: 602-532-5769
steve.sparks@sanderssparks.com

Colm Moran (*pro hac vice*)
Robert E. Feyder (*pro hac vice*)
Adam Lauridsen (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: 424-285-8330
cmoran@shb.com
rfeyder@shb.com
alauridsen@shb.com

*Counsel for Plaintiff*
*The Lion Electric Company*

Dennis I. Wilenchik
**WILECNHIK & BARTNESS P.C.**
2810 North Third Street
Phoenix, AZ 85004
Telephone: 602-606-2810
admin@wb-law.com

Gabor Balassa (*pro hac vice*)
Madelyn A. Morris (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: 312-862-2000
gbalassa@kirkland.com
madelyn.morris@kirkland.com

*Counsel for Defendant*
*Nikola Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Lion Electric Company, a Canadian corporation,<br>　　　　　Plaintiff,<br>v.<br>Nikola Corporation, a Delaware corporation,<br>　　　　　Defendant. | Case No. 2:23-cv-00372-PHX-DGC<br><br>**[PROPOSED] RULE 502(d) ORDER** |

　　1.　　The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other

federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    2.    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

SO ORDERED

Date:_____, 2023    _____
    Hon. David G. Campbell
    Senior United States District Judge