| | |
|---|---|
| J. Steven Sparks, AZ Bar No. 015561<br>**SANDERS & PARKS, P.C.**<br>3030 North Third Street, Suite 1300<br>Phoenix, AZ 85012<br>Telephone: 602-532-5769<br>steve.sparks@sandersparks.com | Dennis I. Wilenchik<br>**WILECNHIK & BARTNESS P.C.**<br>2810 North Third Street<br>Phoenix, AZ 85004<br>Telephone: 602-606-2810<br>admin@wb-law.com |
| Casey Alan Coyle (*pro hac vice*)<br>Christina M. McKinley (*pro hac vice*)<br>Mark D. Shepard (*pro hac vice*)<br>Eric M. Spada (*pro hac vice*)<br>Stefanie P. Mekilo (*pro hac vice*)<br>**BABST CALLAND CLEMENTS & ZOMNIR P.C.**<br>409 North 2nd Street, Suite 201<br>Harrisburg, PA 17101<br>Telephone: 267-939-5832<br>ccoyle@babstcalland.com<br>cmckinley@babstcalland.com<br>mshepard@babstcalland.com<br>espada@babstcalland.com<br>smekilo@babstcalland.com | Gabor Balassa (*pro hac vice*)<br>Madelyn A. Morris (*pro hac vice*)<br>Jenna Stupar (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Telephone: 312-862-2000<br>gbalassa@kirkland.com<br>madelyn.morris@kirkland.com<br>jenna.stupar@kirkland.com<br><br>*Counsel for Defendant*<br>*Nikola Corporation* |
| Colm Moran (*pro hac vice*)<br>Robert E. Feyder (*pro hac vice*)<br>Adam Lauridsen (*pro hac vice*)<br>**SHOOK, HARDY & BACON L.L.P.**<br>2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067<br>Telephone: 424-285-8330<br>cmoran@shb.com<br>rfeyder@shb.com<br>alauridsen@shb.com<br><br>*Counsel for Plaintiff*<br>*The Lion Electric Company* | |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE LION ELECTRIC COMPANY, a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>NIKOLA CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.: CV-23-00372-PHX-DGC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff THE LION ELECTRIC COMPANY, and Defendant NIKOLA CORPORATION stipulate as follows:

1. Plaintiff's Complaint filed on March 2, 2023, in the case captioned *Lion Electric Co. v. Nikola Co.,* No. CV-23-00372 shall be and is hereby dismissed with prejudice.

2. All Parties shall bear their own fees and costs.

3. No claims or parties remain in this case.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | **KIRKLAND & ELLIS LLP** |
| Dated: December 6, 2024 | By */s/ Gabor Balassa* |
|   | Gabor Balassa, P.C. (*pro hac vice*)<br>Madelyn A. Morris (*pro hac vice*)<br>Jenna Stupar *(pro hac vice)*<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>gbalassa@kirkland.com<br>madelyn.morris@kirkland.com<br>jenna.stupar@kirkland.com |
|   | **WILENCHIK & BARTNESS, P.C.** |
|   | Dennis I. Wilenchik, Esq.<br>The Wilenchik & Bartness Building<br>2810 North Third Street<br>Phoenix, AZ 85004<br>admin@wb-law.com |
|   | *Attorneys for Defendant Nikola Corporation* |
|   | **BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.** |
|   | */s/ Casey Alan Coyle*<br>Casey Alan Coyle (*pro hac vice*)<br>Christina Manfredi McKinley (*pro hac vice*)<br>Mark D. Shepard (*pro hac vice*)<br>Eric M. Spada (*pro hac vice*)<br>Stefanie Pitcavage Mekilo (*pro hac vice*)<br>Two Gateway Center, 6th Floor<br>603 Stanwix Street<br>Pittsburgh, PA 15222<br>ccoyle@babstcalland.com<br>cmckinley@babstcalland.com<br>mshepard@babstcalland.com<br>espada@babstcalland.com<br>smekilo@babstcalland.com |

**SANDERS & PARKS, P.C.**
J. Steven Sparks
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
steve.sparks@sanderssparks.com

*Attorneys for Plaintiff The Lion Electric Company*

**IT IS SO ORDERED.**

**Dated:**

_____
Honorable David G. Campbell
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: _/s/ Gabor Balassa_